IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD C. ABSTON,

    Plaintiff,

vs.

NEW PENN FINANCIAL LLC,
d/b/a SHELLPOINT MORTGAGE
SERVICING, et al.,

    Defendants.

:
:
:
:
:
:
:

Case No. 3:19cv195

JUDGE WALTER H. RICE

---

OPINION SUSTAINING THE MOTION TO DISMISS OF DEFENDANT
NATIONSTAR MORTGAGE LLC (DOC. #9) AS TO COUNT IV AND
OVERRULING AS TO COUNT I; SUSTAINING THE MOTION TO DISMISS
OF DEFENDANT NEW REZ, LLC, f/k/a NEW PENN FINANCIAL LLC d/b/a
SHELLPOINT MORTGAGE SERVICING (DOC. #11); AND SUSTANING
THE MOTION TO DISMISS OF DEFENDANT FEDERAL HOME LOAN
MORTGAGE CORPORATION (DOC. #12); EXPANDED OPINION WITH
REASONING AND CITATIONS OF AUTHORITY TO BE FILED WITHIN
FORTY-FIVE DAYS

---

Based on the reasoning and citations of authority to be included in an expanded opinion to be filed within forty-five days from date, the Court rules on the above-captioned motions as indicated.

April 15, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record